UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
November 13, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILFORD C. DURSTON

Defendant.

Case No. 2:19-po-00034-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>WILFORD C. DURSTON</u> Case No. <u>2:19-po-00034-KJN</u> Charges <u>41 CFR § 102-74</u> from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

\_\_\_\_\_ Unsecured Appearance Bond $ _____

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

__X__ (Other): <u>Time Served.</u>

Issued at Sacramento, California on November 13, 2019 at 2:00 PM

By: _____
Magistrate Judge Kendall J. Newman